# Form 586 After Action Review Report

## Section 1: Form 583 Information

Significant Incident: FLP-19-0221  
Institution: Florence USP  
Incident Date: 5/19/2019 8:50 PM  
Submit Approved By: Eischen, B.  

Region: North Central  
Incident Location: Housing Units, General Population  
Report Date: 5/20/2019 3:18:10 PM CST  
Classification: Emergency  

## Section 2: Restraint Classification

Reg #: 76280083    Name: SMITH, JOSEPH    Role: Assailant  
Date Placed in Restraints: 5/19/2019 9:30 PM    Date Released from Restraints: 5/20/2019 3:30 AM  
CIMS: ███████    STG: ███████  

**Date Regional Director Notified of Each Additional 8 Hour Time Period**  
No data found.

## Section 3: After Action Review

Warden: Eischen, B.    Associate Warden: Holzapfel, W.  
Captain: Root, D.    Health Service Administrator: Lindgren, C.  
Additional Staff:  

Confrontation Avoidance Measure: N/A    Video Tape of Incident: N/A  
Medical Reports of Examinations and Injuries: Yes    Supervisor's Report: Yes    Staff Memos: Yes  
Type of Restraints Used: Yes    Method of Restraints Used: Yes  
Other:  

After-Action Review Has Determined: ==The actions taken with respect to the use of force and/or restraints were reasonable and appropriate and have been reviewed with staff involved==

Indicate Where Video Tapes and Original Documents Are Stored:  
Video and associated documents are stored in SIS. ECN# FLP-19-0242  

Describe any extraordinary actions which had to be taken, as last resort, to prevent serious physical injury or serious property damage:  
N/A.  

Discrepancies Noted:  
Not all staff on camera were identified.  
Better camera angles.  
Medical staff did not state their findings during the debrief.  
After medical assessment Lieutenant did not state the date and time and have the camera operator state their name.  

Are there any recommendations: Yes  
  Recommendations/Results:  
  All discrepancies will be discussed at the next Lieutenants meeting.

UNCLASSIFIED/LIMITED OFFICIAL USE ONLY/LAW ENFORCEMENT SENSITIVE

This document is marked Unclassified/Limited Official Use Only/Law Enforcement Sensitive and may be disseminated, with proper attribution, to active Law Enforcement, DOD, or U.S. Intelligence Agencies. This document, or any segment/attachment thereof, may not be released without the approval of the Bureau of Prisons to any media sources, any non-law enforcement entity, the general public or those without a "need to know."  It contains information that may be exempt from public release under the provisions of the Privacy Act (5 U.S.C. 552).

## Form 586 After Action Review Report

### Section 4: Attachments

| File Date | File Name | Form Type | Original Entered By | Original Loc. Code |
|---|---|---|---|---|
| 5/20/2019 | MEDICAL RESTRAINT CHECKS.pdf | 583 | TF45168 | FLX |
| 5/20/2019 | 15 MIN CHECKS.pdf | 583 | TF45168 | FLX |
| 5/20/2019 | 8 HR NOTIFICATION.pdf | 583 | TF45168 | FLX |
| 5/20/2019 | 2 HR LT CHECKS.pdf | 583 | TF45168 | FLX |
| 5/20/2019 | STAFF PHOTO.pdf | 583 | TF45168 | FLX |
| 5/20/2019 | STAFF MEMOS.pdf | 583 | TF45168 | FLX |
| 5/20/2019 | STAFF MEDICAL ASSESSMENT.pdf | 583 | TF45168 | FLX |
| 5/20/2019 | SMITH MEDICAL ASSESSMENT.pdf | 583 | TF45168 | FLX |
| 5/20/2019 | SMITH INCIDENT REPORT.pdf | 583 | TF45168 | FLX |
| 5/20/2019 | SENTRY UNIT ROSTER.pdf | 583 | TF45168 | FLX |
| 5/20/2019 | SENTRY INMATE DATA.pdf | 583 | TF45168 | FLX |
| 5/20/2019 | SECONDARY MEMO.pdf | 583 | TF45168 | FLX |
| 5/20/2019 | ROI.pdf | 583 | TF45168 | FLX |
| 5/20/2019 | LIEUTENANTS LOG.pdf | 583 | TF45168 | FLX |
| 5/20/2019 | INMATE SMITH PHOTO.pdf | 583 | TF45168 | FLX |
| 5/20/2019 | AD ORDER.pdf | 583 | TF45168 | FLX |

Approved By:  SUBMITTED
Eischen, B.

UNCLASSIFIED/LIMITED OFFICIAL USE ONLY/LAW ENFORCEMENT SENSITIVE

This document is marked Unclassified/Limited Official Use Only/Law Enforcement Sensitive and may be disseminated, with proper attribution, to active Law Enforcement, DOD, or U.S. Intelligence Agencies. This document, or any segment/attachment thereof, may not be released without the approval of the Bureau of Prisons to any media sources, any non-law enforcement entity, the general public or those without a "need to know."  It contains information that may be exempt from public release under the provisions of the Privacy Act (5 U.S.C. 552).